UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
West Palm Beach Division

CASE NO. 07-61038-CIV-MARRA
Magistrate Judge Johnson

VANTAGE VIEW, INC.,

    Plaintiff,

vs.

QBE INSURANCE CORPORATION,

    Defendant.

## NOTICE OF APPEARANCE

Alan T. Dimond, Esq., Candace R. Duff, Esq., and the law firm Greenberg Traurig, P.A., hereby serve this Notice of Appearance ("Notice") as counsel of record for Plaintiff, Vantage View, Inc., in the above-styled matter. All pleadings and papers should be served on the undersigned counsel.

Dated: June 12, 2008

Respectfully submitted,

s/ Candace R. Duff
ALAN T. DIMOND
Florida Bar No. 111017
E-mail: DimondA@gtlaw.com
CANDACE R. DUFF
Florida Bar No. 966894
E-mail: DuffC@gtlaw.com
GREENBERG TRAURIG, P.A.
1221 Brickell Avenue
Miami, Florida 33131
Telephone: (305) 579-0500
Facsimile: (305) 579-0717

*Counsel for Plaintiff, Vantage View, Inc.*

CASE NO. 07-61038-CIV-MARRA

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of June, 2008, I electronically filed the foregoing document with the Court using CM/ECF. I also certify that the foregoing document is being served on William S. Berk, Esq., 2100 Ponce de Leon Blvd., PH1, Coral Gables, FL 33134, C. Deborah Bain, Esq., C. Deborah Bain, P.A., The Summit Building, 840 North Federal Hwy., Ste. 305, North Palm Beach, FL 33408, and Chad Lucas, Esq., Garfinkel Trial Group, 300 N. Maitland Ave., Maitland, Florida 32751, via transmission of Notices of Electronic Filing generated by CM/ECF.

_s/ Candace Duff_
CANDACE DUFF

Greenberg Traurig, P.A. | Attorneys at Law | 1221 Brickell Avenue | Miami, FL 33131 | Tel 305.579.0500 | Fax 305.579.0717 | www.gtlaw.com