UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 07-61038-CIV-MARRA
Magistrate Judge Johnson

VANTAGE VIEW INC.,

    Plaintiff,

vs.

QBE INSURANCE CORPORATION,

    Defendant.
_____/

## STIPULATION FOR SUBSTITUTION OF COUNSEL

The undersigned hereby agrees and stipulates that counsel for the Plaintiff, Alan Dimond and Candace Duff, address: Greenburg Traurig, P.A., 1221 Brickell Avenue, Miami, Florida, 33131, shall be substituted as counsel of record for the Plaintiff, VANTAGE VIEW INC., and that Chad Lucas, James Dennis and Keith Lambdin, Garfinkel Trial Group, 300 North Maitland Avenue, Maitland, FL 32751, may no longer appear in any matter in this case and may withdraw as counsel and be relieved of any further representation in this cause.

## CERTIFICATE OF SERVICE

We hereby certify that on this 19th day of June, 2008, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on the following counsel of record or pro se parties, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing:

/s/James L. Dennis
JAMES L. DENNIS, ESQUIRE
jim@gtgfirm.com
Florida Bar No.: 265969
Garfinkel Trial Group
300 N. Maitland Avenue
Maitland, Florida 32751
Telephone: (407) 539-3900
Facsimile: (407) 539-0275

/s/ Chad S. Lucas
CHAD S. LUCAS, ESQUIRE
chad@gtgfirm.com
Florida Bar No.: 0132225
Garfinkel Trial Group
300 N. Maitland Avenue
Maitland, Florida 32751
Telephone: (407) 539-3900
Facsimile: (407) 539-0275

/s/Keith J. Lambdin
KEITH J. LAMBDIN, ESQUIRE
keith@gtgfirm.com
Florida Bar No. 0796999
**Garfinkel Trial Group**
300 North Maitland Ave.
Maitland, Florida 32751
Telephone (407) 539-3900
Facsimile: (407) 539-0275

/s/Candace R. Duff
CANDACE R. DUFF, ESQUIRE
duffc@gtlaw.com
Florida Bar No.: 966894
Greenberg Traurig, P.A.
1221 Brickell Avenue
Miami, FL 32751
Telephone: (305) 579-0657
Facsimile: (305) 961-5657

/s/ Alan Dimond
ALAN DIMOND, ESQUIRE
Dimonda@gtlaw.com
Florida Bar No.: 111017
Greenberg Traurig, P.A.
1221 Brickell Avenue
Miami, FL 32751
Telephone: (305) 579-0657
Facsimile: (305) 961-5657